IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment No. |
| v. | 1:17-CR-229-AT-CMS |
| JARED WHEAT, ET AL. | |
| Defendants. | |

## BILL OF PARTICULARS

The United States of America, by Byung J. Pak, United States Attorney, and Kelly K. Connors, Assistant United States Attorney for the Northern District of Georgia, hereby files this Bill of Particulars to add certain property subject to forfeiture under the forfeiture provision of the above-captioned indictment:

a. $1,810,490.34 seized from Touchmark Nation Bank account no. XXXXXX0855 held in the name of Hi-Tech Pharmaceuticals, Inc.;

b. $1,225,827.11 seized from Bank of America account no. XXXXXXXX1840 held in the name of Hi-Tech Pharmaceuticals, Inc.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*


/s/Kelly K. Connors
*Assistant United States Attorney*
Georgia Bar No. 504787
kelly.connors@usdoj.gov


600 U.S. Courthouse   75 Ted Turner Drive SW   Atlanta, GA 30303
(404) 581-6000   *fax* (404) 581-6181

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 6, 2017

/s/ KELLY K. CONNORS

Kelly K. Connors

Assistant United States Attorney