# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff** ) | 1:17-CR-00229-AT-CMS |
| **v.** ) | |
| **JARED WHEAT, ET AL.,** ) | Appearing on behalf of: |
| **Defendant** ) | **UNITED STATES OF AMERICA** |
| ) | **Plaintiff** |

## APPLICATION FOR ADMISSION PRO HAC VICE

   **Petitioner, Shannon Singleton,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Petitioner** states under penalty of perjury that she is a member in good standing of the Federal Bar, and/or the highest Court of the State as listed below in this application. **Petitioner** states further that she is not eligible for admission under Local Rule 83.1A and that she does not reside or maintain an office for the practice of law in the State of Georgia. **Petitioner** states that she has provided all information requested on the subsequent pages of this application. **Petitioner** designates **Cassandra Schansman** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

   This 1st day of March, 2018.

                                                                                                              /s/ Shannon Singleton
                                                                                       Signature of Shannon Singleton

**1:17-CR-00229-AT-CMS**

## COURTS TO WHICH PETITIONER IS ADMITTED

State - Maryland ; Federal - U.S. Court of Appeals for the Fourth Circuit and ; the U.S. District Courts for the Districts of Puerto Rico and Connecticut (provisionally admitted)

## NDGA CASES IN WHICH APPLICANT HAS APPEARED

United States v. Beny Mesika, et al., No. 1:16-cr-00224-MHC-CMS

## PETITIONER INFORMATION

| | |
|---|---|
| **Name of Petitioner:** | Shannon Singleton |
| **Residence Address:** | 17516 Timberleigh Way |
| | Woodbine, MD 21797 |
| **Business Address:** | US Food and Drug Administration Office of Chief Counsel |
| | 10903 New Hampshire Ave |
| | Silver Spring, MD 20993-0002 |
| **Business Phone:** | (301)796-8717 |
| **Email Address:** | Shannon.Singleton@fda.hhs.gov |

**1:17-CR-00229-AT-CMS**

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, **Cassandra Schansman**, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 1st day of March, 2018.

| | |
|---|---|
| 183184 | /s/ Cassandra Schansman |
| GA Bar Number | Signature of Cassandra Schansman |
| | |
| | Cassandra Schansman |
| (404)581-6000 | U.S. Attorney's Office |
| Business Telephone | 600 U.S. Courthouse |
| | 75 Ted Turner Drive S.W. |
| | Atlanta, GA 30303 |