# Exhibit A



# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

February 1, 2018

Art Leach, Esq.
Law Office of Arthur W. Leach
5780 Windward Parkway
Suite 225
Alpharetta, GA 30005

Carl Lietz, Esq.
Finch McCranie, LLP
225 Peachtree St. NE
Suite 1700 South Tower
Atlanta, GA 30303

Bruce Morris, Esq.
Finestone Morris & White
3340 Peachtree Road NE
2540 Tower Place
Atlanta, GA 30326

Jack Wenik, Esq.
Epstein Becker & Green
One Gateway Center
Newark, NJ 07102

      Re:    United States v. Jared Wheat, et al.
                Criminal Action No. 1:17-CR-229

Dear Counsel:

      We write in response to your requests for clarification regarding the unidentified co-conspirators and aiders and abettors identified in our letter of December 1, 2017 and in response to your request for work papers for the FDA's testing of Hi-Tech products.

      Subject to modification based on further investigation, please find below a modified list of unindicted co-conspirators and aiders and abettors with their relevant role and relevant corresponding count in the superseding indictment:

- Affiliated Distribution, Inc.: Co-conspirator for Counts 4, 10, and 12; aider and abettor for Counts 5–9, 11, and 13–18
- Diversified Biotech Inc.: Co-conspirator for Count 12; aider and abettor for Counts 13–18
- Elite Manufacturing LLC: Co-conspirator for Counts 4 and 12; aider and abettor for Counts 5–9 and 13–18
- Michelle Harris: Co-conspirator for Counts 1 and 4; aider and abettor for Counts 2–3 and 5–9
- Tom Holda: Co-conspirator for Counts 1, 4, and 12; aider and abettor for Counts 2–3, 5–9, and 13–18
- Pharmatech: Co-conspirator for Counts 1 and 4; aider and abettor for Counts 2–3 and 5–9
- Choat Soviravong: Co-conspirator for Counts 1 and 4; aider and abettor for Counts 2–3 and 5–9
- World Manufacture LLC: Co-conspirator for Count 12; aider and abettor for Counts 13–18

In response to your request for FDA work papers, we reached out to the laboratory and have collected work papers from the chemists. We will produce these documents to you by next week.

If you have any questions, please do not hesitate to contact us.

Sincerely,

BYUNG J. PAK
*United States Attorney*

*/s/ Nathan P. Kitchens*

NATHAN P. KITCHENS
*Assistant United States Attorney*