# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) No. 1:17-CR-0229-AT-CMS |
|  | ) |
| JARED WHEAT, JOHN BRANDON SCHOPP, and HI-TECH PHARMACEUTICALS, Inc. | ) |

## **ORDER**

This matter came before the Court pursuant to Defendants Jared Wheat ("Wheat") and Hi-Tech Pharmaceuticals, Inc.'s ("Hi-Tech") Motion for Order Setting Briefing Deadlines, Doc. 198, as to their Motion for Return of Property, Doc. 173.

IT IS HEREBY ORDERED that the Motion is GRANTED.

The Government shall file a response to Wheat and Hi-Tech's Motion for Return of Property, Doc. 173, on or before December 7, 2018. Wheat and Hi-Tech shall have through and until December 21, 2018 to file a reply to this response.

IT IS FURTHER ORDERED that:

The Government shall file a response to Wheat and Hi-Tech's Motion to Compel, Doc. 190, and Motion to Dismiss Count 10, Doc. 192, on or before

December 7, 2018. Wheat and Hi-Tech shall have through and until December 21, 2018 to file replies to these responses.

The Government shall file a response to Wheat and Hi-Tech's Motion to Dismiss Counts 12 though 18, Doc. 189, Wheat and Hi-Tech's Motion to Dismiss Counts 10 through 18, Doc. 193, and John Brandon Schopp's Motion to Dismiss Indictment, Doc. 186, on or before December 21, 2018. Defendants shall have through and until January 11, 2019 to file their respective replies to these responses.

The Government shall file a response to Wheat and Hi-Tech's Motion for Hearing Pursuant to *Franks v. Delaware*, Doc. 191, on or before December 21, 2018. Wheat and Hi-Tech shall have through and until January 14, 2019 to file their reply to this response.

The Clerk of Court is directed to exclude from the pertinent Speedy Trial Act calculations the time from the filing of Defendants' motion (Doc. 173) up until and including January 14, 2019. The Court finds that the interests of justice in setting and extending the deadlines attributed to these motions substantially outweighs the interests of the public and the defendants in a speedy resolution of this matter. 18 U.S.C. § 3161, et seq.

DONE AND ORDERED this 19th day of November, 2018.

PROPOSED BY:

*[signature: Catherine Salinas]*

The Honorable Catherine M. Salinas
United States Magistrate Court Judge

*/s/ Bruce H. Morris*

Bruce H. Morris
Georgia Bar No. 523575
Finestone Morris & White
3340 Peachtree Road NW
Atlanta, Georgia 30326
404-262-2500
BMorris@FMattorneys.com
*Counsel for Defendant
Jared Wheat*

*/s/ Arthur W. Leach*

Arthur W. Leach
Georgia Bar No. 442025
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
404-786-6443
Art@ArthurWLeach.com
*Counsel for Defendant
Hi-Tech Pharmaceuticals, Inc.*

*/s/ W. Carl Lietz, III*

W. Carl Lietz, III
Ga. Bar No. 452080
Finch McCranie, LLP
225 Peachtree Street, South Tower
Suite 1700
Atlanta, Georgia
404-658-9070
carl@finchmccranie.com
*Counsel for Defendant John
Brandon Schopp*

*/s/ Nathan P. Kitchens*

Nathan P. Kitchens
*Assistant United States Attorney*
Ga. Bar No. 263930
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dive, SW
Atlanta, Georgia 30303
404-581-6185
Nathan.Kitchens@usdoj.gov