IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JARED WHEAT
JOHN BRANDON SCHOPP
HI-TECH PHARMACEUTICALS,
INC.

     Defendants.

CIVIL ACTION

No:  1:17-CR-229-AT-CMS

# **O R D E R**

IT IS **HEREBY ORDERED** that a status conference shall be held before the undersigned in Courtroom 1810, 18th Floor, U. S. Courthouse, 75 Ted Turner Dr, Atlanta, Georgia, on April 3, 2019, at 8:30 a.m. Counsel may appear in person or by phone. If appearing by phone, please contact Judge Salinas's courtroom deputy Angela Smith at angela_l_smith@gand.uscourts.gov to receive the call-in information. The parties are ordered to confer and provide the court with a proposed agenda for the call no later than Monday, April 1, 2019. The status conference shall last no more than one hour.

**IT IS SO ORDERED** this 20th day of March, 2019.


CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE