IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. |
| JARED WHEAT, JOHN BRANDON SCHOPP, and HI-TECH PHARMACEUTICALS, INC., | 1:17-CR-0229-AT-CMS |
| Defendants. | |

**O R D E R**

The parties have advised the Court that they are still in the process of addressing certain discovery issues and negotiating a scheduling order. Accordingly, the Status Conference previously set for April 3, 2019 is hereby **CANCELLED**. If the parties cannot agree on a scheduling order by the close of business on Friday March 29, 2019, they should each file competing scheduling orders, and the Court will make the decision. Going forward, the parties are instructed to refrain from sending emails to the Court.

**IT IS SO ORDERED** this 22nd day of March, 2019.

_____
CATHERINE M. SALINAS
United States Magistrate Judge