**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:17-CR-0229-AT-CMS |
| | ) |
| JARED WHEAT, JOHN | ) |
| BRANDON SCHOPP, and | ) |
| HI-TECH PHARMACEUTICALS, Inc. | ) |

## <u>SCHEDULING ORDER</u>

This matter came before the Court pursuant to a request that the Parties submit a joint scheduling order. For good cause shown, IT IS HEREBY ORDERED that:

1) Defendants' review of the materials seized by the Government pursuant to the search warrants executed on October 4, 2017 related to this matter (the "Seized Materials") shall be completed no later than **<u>September 20, 2019</u>**.

2) No later than **<u>September 20, 2019</u>**, Defendants shall file any and all motions arising from their review of the Seized Materials and whether the Government properly obtained and executed the search warrants at issue in this matter.

3) The Government's response to any motion filed by Defendants pursuant to Paragraph 2 of this order shall be filed no later than **<u>November 12, 2019</u>**.

4) Defendants' reply in further support of any motion filed pursuant to Paragraph 2 of this order shall be filed no later than **December 10, 2019**.

5) Expert disclosures required under Federal Rule of Criminal Procedure 16 for both the Government and Defendants must be exchanged by **September 3, 2019**.

6) A status conference is set for **October 22, 2019 at 9:30 a.m.** at which the Court will set a schedule for any motions related to expert testimony.

7) The parties shall file a Joint Status Report on the docket no later than three days prior to the status conference identifying any additional issues that they wish to discuss at the conference.

The time between March 1, 2019 (the date of the Government's production of the Seized Materials) and September 20, 2019 is excluded from Speedy Trial Act calculations for the reasons set out above, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), because the Court finds that the ends of justice served by granting the continuance to allow defense counsel the reasonable time necessary for effective preparation outweigh the Defendants' and the public's right to a speedy trial.

SO ORDERED this 8th day of August, 2019.


CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE



PROPOSED BY:


**/s/ Bruce H. Morris**

Bruce H. Morris
Georgia Bar No. 523575
Finestone Morris & White
3340 Peachtree Road NW
Atlanta, Georgia 30326
404-262-2500
BMorris@FMattorneys.com
*Counsel for Defendant*
*Jared Wheat*


**/s/ James K. Jenkins**

James K. Jenkins
Georgia Bar No. 390650
Maloy Jenkins Parker
1506 Brandt Court
Boulder, Colorado 80303
303-443-9048
jenkins@mjplawyers.com


**/s/ Arthur W. Leach**

Arthur W. Leach
Georgia Bar No. 442025
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
404-786-6443
Art@ArthurWLeach.com
*Counsel for Defendant*
*Hi-Tech Pharmaceuticals, Inc.*


**/s/ Jack Wenik**

Jack Wenik
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102
973-639-5221
jwenik@ebglaw.com
Admitted Pro Hac Vice

*Counsel for Defendant*
 *Jared Wheat*

<u>**/s/ W. Carl Lietz, III**</u>
W. Carl Lietz, III
Ga. Bar No. 452080
Finch McCranie, LLP
225 Peachtree Street, South Tower
Suite 1700
Atlanta, Georgia
404-658-9070
carl@finchmccranie.com
*Counsel for Defendant John*
*Brandon Schopp*


<u>**/s/ Cassandra J. Schansman**</u>
Assistant United States Attorney
Ga. Bar No. 183184
600 U.S. Courthouse
75 Ted Turner Dr. S.W.
Atlanta, Georgia 30303
cassandra.schansman@usdoj.gov
404-581-6000
*Counsel for the United States*

*Counsel for Defendant*
*Hi-Tech Pharmaceuticals, Inc.*

<u>**s/ Nathan Kitchens**</u>
Assistant United States Attorney
Ga. Bar No. 263930
600 U.S. Courthouse
75 Ted Turner Dr. S.W.
Atlanta, Georgia 30303
nathan.kitchens@usdoj.gov
404-581-6000
*Counsel for the United States*


<u>**/s/ Kelly K. Connors**</u>
Assistant United States Attorney
Ga. Bar No. 504787
600 U.S. Courthouse
75 Ted Turner Dr. S.W.
Atlanta, Georgia 30303
kelly.connors@usdoj.gov
404-581-6000
*Counsel for the United States*