**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARED WHEAT, JOHN BRANDON SCHOPP, and HI-TECH PHARMACEUTICALS, INC.,<br><br>    Defendants. | No. 1:17-CR-0229-AT-CMS |

**DEFENDANTS JARED WHEAT AND HI-TECH PHARMACEUTICALS, INC.'S RENEWED MOTION TO SUPPRESS EVIDENCE SEIZED PURSUANT TO THE SECOND SEARCH WARRANTS (DMAA) EXECUTED AT HI-TECH'S PREMISES**

COME NOW Defendants Jared Wheat and Hi-Tech Pharmaceuticals, Inc., by and through their undersigned counsel, and pursuant to Fed. R. Crim. P. 41(h), move to suppress evidence seized under six search warrants executed on October 4, 2017, at Hi-Tech's business premises, all based on identical applications and affidavits ("DMAA warrants"). The warrants violated Defendants' reasonable expectation of privacy and Defendants' property interest in the items seized under the Fourth

Amendment.[1] Accordingly, all evidence seized in and derived from these searches should be suppressed. In support of this request, Defendants respectfully show this Court the following:

On November 2, 2018, this Court entered an Order denying Defendants' previously filed Motion to Suppress relating to the DMAA searches and seizures on October 4, 2017, but granted leave to refile. Doc. 205 at 3. Unlike the circumstances regarding the initial warrants executed at Hi-Tech earlier that same day, in which large quantities of ESI, hard-copy documents, and Hi-Tech products were seized, where the Court found it necessary to allow time for the Government to determine what it would finally seize and for Defendants to review the final seizures, the facts concerning the DMAA warrants are essentially unchanged from the time they were filed.

As a consequence, and in order to avoid unnecessary duplication of pleadings already in the record, Defendants respectfully adopt their previously filed Motion to Suppress and all supporting documents, Doc. 52, and their Reply to the

---

[1] *See Carpenter v. United States*, 138 S.Ct. 2206, 2224 (2018) (Kennedy, J., dissenting) (recognizing property-based concepts as grounding analytic framework for Fourth Amendment analysis).

Government's Response to that original motion, Doc. 97.² On the basis of the arguments and authorities cited in those pleadings, Defendants respectfully renew their request that this Court suppress all evidence seized in or as a result of the searches pursuant to the DMAA warrants.

WHEREFORE, Defendants respectfully request that this Court: (1) conduct an evidentiary hearing pursuant to *Franks v. Delaware* into the accuracy of the affidavit upon which the DMAA warrants were issued; (2) upon good cause shown at that hearing, enter an Order suppressing all evidence seized in or as a result of the seizures pursuant to the DMAA warrants; and (3) for such other and further relief as this Court may deem just and proper.

This 20th day of September, 2019.

---

² Because this Court has previously entered an Order requiring the Government to return all of the DMAA seized on October 4, 2017, Doc. 251, Defendants do not renew their previously filed request for return of the seized DMAA.

Respectfully submitted,

/s/ *Bruce H. Morris*

Bruce H. Morris
Georgia Bar No. 523575
Finestone Morris & White
3340 Peachtree Road NW
Atlanta, Georgia 30326
404-262-2500
BMorris@FMattorneys.com
   *Counsel for Defendant*
    *Jared Wheat*

/s/ *James K. Jenkins*

James K. Jenkins
Georgia Bar No. 390650
Maloy Jenkins Parker
1506 Brandt Court
Boulder, Colorado 80303
303-443-9048
jenkins@mjplawyers.com
   *Counsel for Defendant*
    *Jared Wheat*

/s/ *Arthur W. Leach*

Arthur W. Leach
Georgia Bar No. 442025
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
404-786-6443
Art@ArthurWLeach.com
   *Counsel for Defendant*
    *Hi-Tech Pharmaceuticals, Inc.*

/s/ *Jack Wenik*

Jack Wenik
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102
973-639-5221
jwenik@ ebglaw.com
Admitted Pro Hac Vice
   *Counsel for Defendant*
    *Hi-Tech Pharmaceuticals, Inc.*