# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00229-AT-CMS
## USA v. Wheat et al
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held on 10/20/2020.

TIME COURT COMMENCED: 1:02 P.M.
TIME COURT CONCLUDED: 1:49 P.M.    TAPE NUMBER: Zoom
TIME IN COURT: 00:47               DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Jared Wheat NOT Present at proceedings<br>[2]John Brandon Schopp NOT Present at proceedings<br>[3] Hi-Tech Pharmaceuticals, Inc. NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA<br>D'Juan Jones representing USA<br>Nathan Kitchens representing USA<br>Arthur Leach representing Hi-Tech Pharmaceuticals, Inc.<br>Arthur Leach representing Jared Wheat<br>Warren Lietz representing John Brandon Schopp<br>Bruce Morris representing Jared Wheat<br>Jack Wenik representing Hi-Tech Pharmaceuticals, Inc.<br>Jack Wenik representing Jared Wheat |
| PROCEEDING CATEGORY: | Status Conference held. |